```
            UNITED STATES DISTRICT COURT
          SOUTHERN DISTRICT OF MISSISSIPPI
                  JACKSON DIVISION
```

STEPHEN MONTALTO                                    PLAINTIFF

VS.                          CIVIL ACTION NO. 3:06CV444TSL-JCS

VIACOM INTERNATIONAL, INC.                          DEFENDANT

## JUDGMENT

In accordance with the court's memorandum opinion and order entered this date, it is ordered and adjudged that plaintiff's complaint in this cause is dismissed with prejudice.

SO ORDERED AND ADJUDGED this 29${}^{th}$ day of February, 2008.

                                /s/ Tom S. Lee
                                UNITED STATES DISTRICT JUDGE